8:18-cv-00399-LSC-MDN Doc # 1-1 Filed: 08/21/18 Page 1 of 2 - Page ID # 15

# EXHIBIT A

